IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RODNEY GENE ALLEN, #1154186 | § | |
| VS. | § | CIVIL ACTION NO. 2:07cv11 |
| TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed. On April 12, 2007, the referral order was vacated and this case was referred to United States Magistrate Judge Charles Everingham.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that a certificate of appealability is **DENIED**; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 2nd day of April, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE